IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARK W. SCHMANKE #02055-027,        )
                                    )
            Petitioner,             )
                                    )
    v.                              )   No. 05 C 2444
                                    )   (Court of Appeals No.
SILAS IRVINS, Warden, Metropolitan  )      06-1242)
Correctional Center,                )
                                    )
            Respondent.             )

## MEMORANDUM

Mark Schmanke ("Schmanke") has just filed what he labels as his "Motion for Reconsideration of Bail Request Due To Respondents Admissions of Error Before the Court." But in addition to this Court's not having before it the briefing that has been filed in the Court of Appeals, which Schmanke characterizes as presenting a "subsequent revelation by the Respondent's [sic]" that the factual determinations made by the United States Parole Commission were assertedly in error, the pendency of Schmanke's appeal deprives this Court of jurisdiction over his case.

Accordingly this Court has no power to comply with Schmanke's request that he be "immediately released pending a resolution of the appeal in this matter." If any such possible action is sought to be considered by this Court, a request must be submitted to the Court of Appeals for a limited remand to enable this Court to deal with the new issue that Schmanke has

now raised.[1]

*[signature]*
Milton I. Shadur
Senior United States District Judge

Date: October 18, 2006

---

[1] Because Schmanke has captioned his current filing as having been presented to this District Court, it is unclear whether he has also provided copies to the Court of Appeals and to counsel for Respondents. This Court is therefore transmitting copies of Schmanke's filing and this memorandum to the Court of Appeals and to the United States Attorney's Office.